CLOSED,BKREF,ECF

# U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:21-cv-05227-PMH
## Internal Use Only

Congregation Radin Development Inc. et al v. Henig et al  
Assigned to: Judge Philip M. Halpern  
Case in other court: State Court-Supreme, 033145/2021  
Cause: 28:1331dj Fed. Question: Declaratory Judgment

Date Filed: 06/11/2021  
Date Terminated: 06/14/2021  
Jury Demand: None  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Federal Question

**Plaintiff**  
**Congregation Radin Development Inc.**

**Plaintiff**  
**Aaron D. Gewirtzman**

**Plaintiff**  
**Bent Philipson**

**Plaintiff**  
**Daniel Rosenblum**

**Plaintiff**  
**Joseph Grunwald**

**Plaintiff**  
**Mark Blisko**

**Plaintiff**  
**Shimon Zaks**

**Plaintiff**  
**Rabbi Mayer Zaks**

V.

**Defendant**  
**Yom T. Henig**     represented by **Michael Lee Levine**  
Law Firm of Michael Levine, P.C.  
15 Barclay Road  
Scarsdale, NY 10583  
914-725-1525  
Fax: 914-725-4778  
Email: ml@LevLaw.org

ATTORNEY TO BE NOTICED

**Defendant**

Samuel Markowitz

**Defendant**

Steven Green

**Defendant**

Daniel Green

**Defendant**

Yehuda Bluminfeld

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2021 | 1 | **FILING ERROR - DEFICIENT PLEADING -** NOTICE OF REMOVAL from Supreme Court, County of Rockland. Case Number: 033145/2021. (Filing Fee $ 402.00, Receipt Number ANYSDC-24664700).Document filed by Yom T. Henig.. (Levine, Michael) Modified on 6/14/2021 (vf). (Entered: 06/11/2021) |
| 06/14/2021 | | ***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Michael Lee Levine to RE-FILE Document No. 1 Notice of Removal. The filing is deficient for the following reason(s): Pursuant to ECF Rule 13.3, you must refile your pleading with exhibits named accordingly. Re-file the pleading using the event type Notice of Removal found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. (vf)** (Entered: 06/14/2021) |
| 06/14/2021 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Michael Lee Levine. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (vf)** (Entered: 06/14/2021) |
| 06/14/2021 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Philip M. Halpern. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(vf) (Entered: 06/14/2021) |
| 06/14/2021 | | Magistrate Judge Paul E. Davison is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vf) (Entered: 06/14/2021) |
| 06/14/2021 | | Case Designated ECF. (vf) (Entered: 06/14/2021) |

| 06/14/2021 | 2 | DUPLICATE ORIGINAL AMENDED STANDING ORDER REFERRING CASE to Bankruptcy Court as related to Bankruptcy Court Case No. 20-8949 (RDD). Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district. (See 1:12-mc-00032 (M-10-468) Order Filed February 1, 2012) (Signed by Judge Loretta A. Preska on 1/31/2012) (gp) (Entered: 06/14/2021) |
|---|---|---|
| 06/14/2021 |   | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York. (gp) (Entered: 06/14/2021) |