UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

**MOSDOS CHOFETZ CHAIM, INC.,**

                                        Debtor.
-------------------------------------------------------X

Confirmed Chapter 11

Case No.: 12-23616-rdd

<u>**DECLARATION OF DISBURSEMENTS**</u>

         **Rabbi Aryeh Zaks** declares as follows

         1.       I am the President of the above-captioned debtor.

         2.       I submit this declaration with respect to the Debtor's disbursements for

first quarter 2020 through first quarter 2021.

         3.       For the first quarter 2020, the Debtor had $250,000 in disbursements.

         4.       For the second quarter 2020, the Debtor had zero disbursements.

         5.       For the third quarter 2020, the Debtor had zero disbursements.

         6.       For the fourth quarter 2020, the Debtor had zero disbursements.

         7.       For first quarter 2021, the Debtor had zero disbursements.

         I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct

**Dated:** Rockland County, New York
         June   13 , 2021

                                                         _____
                                                         **RABBI ARYEH ZAKS, President**

{01104485.DOC;1 }